January 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID N. WILLIAMS AND GWENDOLYN WILLIAMS, Appellants

NO. 14-13-00978-CV                          V.

FOREMOST LLOYDS OF TEXAS AND JEFF GREENWOOD, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 30, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, David N. Williams and Gwendolyn Williams.

We further order this decision certified below for observance.